IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONNA B. GUTHRIE                                                    PLAINTIFF

v.                                      CIVIL NO. 11-2179

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis.*  ECF Nos. 1, 2.  After review, it is found that Plaintiff is

unable to pay for the costs of commencement of suit and, accordingly, the following order is

entered this 26th day of September 2011:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted.  The court directs that

a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail,

return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security

Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb,

Assistant U.S. Attorney, without prepayment of fees and costs.  Defendant is ordered to answer

within sixty (60) days from the date of service.

IT IS SO ORDERED.

/S/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)